**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7093**

UNITED STATES OF AMERICA,

                 Plaintiff – Appellee,

         v.

BERNARD NATHANIEL CHRISTIAN,

                 Defendant – Appellant.


Appeal from the United States District Court for the District of Maryland, at Baltimore.   Catherine  C.  Blake,  District  Judge. (1:03-cr-00351-VVB-2; 1:08-cv-02454-CCB)


Submitted:  October 15, 2009        Decided:  October 21, 2009


Before SHEDD, DUNCAN, and AGEE, Circuit Judges.


Dismissed by unpublished per curiam opinion.


Kevin  Michael  Schad,  SCHAD  &  SCHAD,  Lebanon,  Ohio,  for Appellant.   James  G.  Warwick,  OFFICE  OF  THE  UNITED  STATES ATTORNEY, Baltimore, Maryland, for Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Nathaniel Christian seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Christian has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED